

1  Chris Magis Nero,
   Principal Bailee, Private Attorney General and
2  Private Bounty Hunter of the Arizona Republic
   2120 E. Broadway Blvd. Unit 108
3  Tucson, Arizona [85719]

4

5                 **UNITED STATES DISTRICT COURT**

6                **FOR THE DISTRICT OF ARIZONA**

7

8

9  Chris Magis Nero,                    **Case No:**  CV-24-00553-TUC-JCH
   Principal Bailee, Private Attorney
10 General and Private Bounty Hunter of    **NOTICE OF REMOVAL**
   the Arizona Republic Plaintiff(s),    **Formerly Superior Court of**
11                                        **Arizona, Pima County, Case No :**
12 vs.                                    **C-20244301**

13 Bailment Case No.: C - 20244301,
   NEWREZ LLC / WILMINGTON
14 SAVINGS FUND SOCIETY, FSB             **TO THE HONORABLE COURT:**
   Defendant(s).
15

16

17      COMES NOW, Plaintiff/ Principal Bailee/Private Attorney General/Private Bounty

18 Hunter Chris Magis Nero, by and through his authority as Principal Bailee and Federal Bounty

19 Hunter under Article IV, Section 2 of the U.S. Constitution and Article II, Section 2, and submit

20 this NOTICE OF REMOVAL FORMERLY SUPERIOR COURT OF ARIZONA, PIMA

21 COUNTY, CASE NO. : C - 20244301

22 1. Federal Jurisdiction: Plaintiff hereby invokes federal jurisdiction under 28 U.S.C. § 1441 and

23 28 U.S.C. § 1446 due to violations of 15 U.S.C. § 1 and 15 U.S.C. § 2 (Sherman Antitrust Act)

24 and other federal statutory and constitutional claims, including but not limited to the

25 Administrative Procedure Act, 5 U.S.C. § 706, Truth in Lending Act, and relevant provisions of

26 the Uniform Commercial Code.

27 Federal Questions: This action arises under federal law as the Plaintiff, acting as a Private Attorney

28 General and Bounty Hunter of Truth, seeks to enforce federal statutes designed to protect interstate

                                        1

commerce, prevent monopolistic practices, and ensure fair lending practices. The defendants' actions have violated federal law by engaging in practices that unlawfully restrict trade and commerce, directly invoking federal question jurisdiction under 15 U.S.C. §§ 1-2.

3.      Supplemental Jurisdiction: This Court may exercise supplemental jurisdiction over any state law claims pursuant to 28 U.S.C. § 1367, as they are related to and form part of the same case or controversy under federal jurisdiction.

4.      Procedure Compliance: Pursuant to 28 U.S.C. § 1446, this Notice of Removal is timely filed within 30 days of the service of the initial complaint. A copy of all process, pleadings, and orders served upon the defendants in the Superior Court of Arizona, Pima County, is attached to this notice.

5.      Filing with the State Court: A copy of this Notice of Removal is being filed with the Clerk of the Superior Court of Arizona, Pima County, in accordance with 28 U.S.C. § 1446(d). A Legal Basis for Removal.

6. This petition for removal is based on the federal jurisdiction conferred by the following statutes:

- 28 U.S.C. § 1441: Grants the right to remove a civil action from state court to federal court if the federal court has original jurisdiction. This case invokes federal question jurisdiction under 15 U.S.C. § 1 and 15 U.S.C. § 2 (Sherman Antitrust Act), which involve alleged violations of federal antitrust law.

- 28 U.S.C. § 1446: This removal is timely filed In accordance with procedural requirements under 28 U.S.C. § 1446, as it is within the allowable period after receiving notice of the initial complaint.

- Article IV, Section 2 of the U.S. Constitution: Guarantees equal access to justice across state lines, providing further grounds for this case to be heard in federal court, particularly since interstate commerce is impacted by the claims herein.

- Private Attorney General Doctrine: As Plaintiff, I am acting as a Private Attorney General, pursuing claims on behalf of the public interest, especially in relation to federal statutory violations. Precedents under civil rights and antitrust laws allow an individual to enforce these laws when public rights are at stake.

2

7. Facts Supporting Removal:

The defendants, NEWREZ LLC / WILMINGTON SAVINGS FUND SOCIETY, FSB et al., have engaged in actions that constitute violations of federal law, specifically under the Sherman Antitrust Act. Their conduct, which includes fraudulent misrepresentation and breach of contracts, has directly impacted interstate commerce. As such, the case involves substantial federal questions, necessitating removal to federal court for a fair and just determination.

8. Incorporation of Prior Documents:

This petition incorporates by reference the language previously submitted in SF 30, SF 1414, SF 1416, and SF 1418. These documents support the claims concerning federal contracts, surety bonds, and public hazards. The actions of NEWREZ LLC / WILMINGTON SAVINGS FUND SOCIETY, FSB et al. further violate federal antitrust laws, as they impede lawful trade and commerce.

9. Relevant Statutes & Legal Authority:

•       15 U.S.C. § 1 & § 2 (Sherman Antitrust Act): These statutes prohibit monopolistic practices, restraint of trade, and efforts to monopolize, all of which are relevant to the defendants' conduct.

•       5 U.S.C. § 706 (Administrative Procedure Act): This ensures that actions by state or federal officials follow due process, bolstering claims of procedural violations within the state court.

•       Federal Reserve Act: Relevant if financial securities or obligations are at issue.

•       UCC Articles 8 & 9: Applicable to the handling of securities and negotiable instruments if such matters arise in this case.

•       Truth in Lending Act (TILA): Should any of the financial dealings fall under the purview of TILA, this provides a basis for federal jurisdiction.

10. Authority of Plaintiff:

As a bounty hunter of truth, I act under the Private Attorney General Doctrine to enforce federal laws for the benefit of the public. The role of "Chris Magis Nero" aligns with the enforcement of justice and prevention of abuse within the legal system.

Plaintiff's Identity and Legal Standing:

1. Primary Title - Private Attorney General: The plaintiff, Chris Magis Nero, will be identified as acting in the capacity of a Private Attorney General. This designation holds established legal

3

precedent and grants the plaintiff standing to pursue this case in the interest of enforcing federal laws for the public good. The role of a Private Attorney General is well-recognized and respected in the legal system, allowing individuals to act on behalf of the public to uphold laws when governmental agencies are not involved directly.

2. Secondary Identity -Bounty Hunter of Truth: While the formal title will be Private Attorney General, the concept of the Bounty Hunter of Truth can be incorporated to emphasize the plaintiff's mission and purpose. It serves as a thematic element in the pleadings, reinforcing the plaintiff's dedication to upholding justice and ensuring compliance with federal laws. However, this should be referenced carefully to maintain the legal tone and avoid detracting from the gravity of the case.

Waiver of Fees - Legal Basis:

As a Private Attorney General pursuing a case in the public interest, there is a strong legal argument for the waiver of any court fees or associated costs. Here's a breakdown of the key statutes and legal principles supporting this request:

1.     28 U.S.C. § 1915 - Proceedings in forma pauperis: Under this statute, individuals who are unable to afford court fees, especially in public interest cases, may proceed without prepaying those fees. By filing an affidavit affirming your role as a Private Attorney General and your objective to enforce federal law, you can formally request a waiver of court fees based on your contribution to the public good.

2.     42 U.S.C. § 1988 - Civil Rights Attorney's Fees Awards Act: This act traditionally applies to civil rights cases, but the Private Attorney General Doctrine it embodies is broader. It acknowledges that those enforcing federal rights on behalf of the public are entitled to recover attorney's fees if successful. Although the case at hand is focused on federal antitrust law, the principles of public interest enforcement align with this doctrine.

3.     Sovereign Immunity : I hereby invoke the principle of sovereign immunity, which could protect you from financial liabilities or fees. The rationale is that, in acting on behalf of the public to enforce federal law, I am performing a function that serves justice and, therefore, should not bear undue financial burdens.

4.     Sherman Antitrust Act (15 U.S.C. § 15): Since your case involves enforcing the Sherman

4

Antitrust Act, you can further argue that any fees or costs should be borne by the defendants. Under the Sherman Act, provisions exist for recovering costs and attorney's fees in antitrust cases. You are acting in the public interest to prevent violations of federal law, which strengthens your argument against any fees being imposed on you.

Conclusion:

In light of the significant federal questions presented, the Plaintiff respectfully requests that this Honorable Court grant the removal of this case from Superior Court to the United States District Court.

PRAYER FOR RELIEF

WHEREFORE, the Plaintiff, Chris Magis Nero, respectfully requests that this Honorable Court grant the following relief:

1.    Issuance of Temporary Restraining Order (TRO): An immediate Emergency Temporary Restraining Order (TRO) enjoining the defendants from engaging in any further unlawful practices as described in the complaint.

2    Prayer of Oyer: Plaintiff requests this Court order the defendants to produce any and all contracts, instruments, or related documents, including but not limited to Standard Forms (SF) or other commercial instruments that have been dishonored or used in violation of federal law.

3    Injunctive Relief: Plaintiff seeks permanent injunctive relief to prevent the defendants from continuing to engage in unlawful activities.

4.    Costs and Attorney's Fees: An award of all legal fees and costs incurred by the Plaintiff in pursuing this action.

And for this Act of kindness Your petitioner shall ever pray.

Date:

VERIFICATION

I, Chris Magis Nero, the Petitioner above named, do hereby solemnly declare and say that what is contained in paragraphs above are true to my knowledge and that what is stated in those paragraphs are stated on legal advice and I believe the same to be true. ~Without Recourse~

_____ day of November, 2024.    By Chris Magis Nero

5

# CERTIFICATE OF SERVICE

COPIES of the foregoing filed, emailed or
hand-delivered this 12th day of November,
2024, with:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
405 W Congress St #1500,
Tucson, AZ 85701

NOTARY ACKNOWLEDGEMENT:

State of : *Arizona*

County of : *Pima*

Sworn to and subscribed before me this _*12th*_ day of _*November*_,

_*2024*_, by Chris Magis Nero, who is personally known to me or has provided identification.

_*Tonli Gallego*_ .

Notary Public Signature

My Commission Expires: _*Aug 6th 2028*_ .



6